IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Caldwell, Linda Yvonne | Case Number: 07 B 13778 |
| | Judge: Squires, John H |
| Printed: 10/29/08 | Filed: 7/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 17, 2008
Confirmed: November 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,913.00 | |
| Secured: | | 3,644.23 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,927.88 |
| Trustee Fee: | | 340.89 |
| Other Funds: | | 0.00 |
| Totals: | 5,913.00 | 5,913.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,500.00 | 1,927.88 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Drive Financial Services | Secured | 13,671.68 | 3,344.23 |
| 5. | American General Finance | Secured | 3,874.41 | 200.00 |
| 6. | American General Finance | Secured | 1,348.66 | 100.00 |
| 7. | Chase Home Finance | Secured | 10,816.00 | 0.00 |
| 8. | Countrywide Home Loans Inc. | Secured | 12,781.63 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 187.38 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 55.21 | 0.00 |
| 11. | National Capital Management | Unsecured | 199.65 | 0.00 |
| 12. | American Express Centurion | Unsecured | 58.16 | 0.00 |
| 13. | Drive Financial Services | Unsecured | 0.00 | 0.00 |
| 14. | American General Finance | Unsecured | 233.13 | 0.00 |
| 15. | Capital One | Unsecured | 259.92 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 485.43 | 0.00 |
| 17. | Capital One | Unsecured | 271.37 | 0.00 |
| 18. | Capital One | Unsecured | 322.62 | 0.00 |
| 19. | Asset Acceptance | Unsecured | 95.39 | 0.00 |
| 20. | Asset Acceptance | Unsecured | 38.46 | 0.00 |
| 21. | Pier 1 Imports Inc | Unsecured | 16.61 | 0.00 |
| 22. | American General Finance | Unsecured | 111.11 | 0.00 |
| 23. | Pier 1 Imports Inc | Unsecured | 16.61 | 0.00 |
| 24. | Midnight Velvet | Unsecured | 26.86 | 0.00 |
| 25. | Credit Union One | Unsecured | 100.56 | 0.00 |
| 26. | B-Real LLC | Unsecured | 233.62 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Caldwell, Linda Yvonne

Printed: 10/29/08

Case Number: 07 B 13778
Judge: Squires, John H
Filed: 7/31/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 28. | AIG Federal Savings Bank | Unsecured | | No Claim Filed |
| 29. | AT&T | Unsecured | | No Claim Filed |
| 30. | Associates Credit Card Service | Unsecured | | No Claim Filed |
| 31. | Chase Bankcard Services | Unsecured | | No Claim Filed |
| 32. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 33. | Bp Oil/Citibank | Unsecured | | No Claim Filed |
| 34. | Check Recovery Systems | Unsecured | | No Claim Filed |
| 35. | Cache Inc | Unsecured | | No Claim Filed |
| 36. | Dominick's Finer Foods | Unsecured | | No Claim Filed |
| 37. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 38. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 39. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 40. | GE Capital Auto Financial Services | Unsecured | | No Claim Filed |
| 41. | Lake Imaging LLC | Unsecured | | No Claim Filed |
| 42. | Ledford & Wu | Unsecured | | No Claim Filed |
| 43. | Jefferson Capital | Unsecured | | No Claim Filed |
| 44. | Humana | Unsecured | | No Claim Filed |
| 45. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 46. | Pathology Consultants Inc | Unsecured | | No Claim Filed |
| 47. | MBNA America | Unsecured | | No Claim Filed |
| 48. | Sacred Heart | Unsecured | | No Claim Filed |
| 49. | National Check Bureau | Unsecured | | No Claim Filed |
| 50. | St Margaret Hospital | Unsecured | | No Claim Filed |
| 51. | Nicor Gas | Unsecured | | No Claim Filed |
| 52. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 53. | Michael Reese Hospital | Unsecured | | No Claim Filed |
| 54. | Safeway Stores | Unsecured | | No Claim Filed |
| 55. | Comcast | Unsecured | | No Claim Filed |
| 56. | Unifund Corporation | Unsecured | | No Claim Filed |
| | | | $ 48,704.47 | $ 5,572.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 216.69 |
| 6.5% | 78.00 |
| 6.6% | 46.20 |
| | $ 340.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Caldwell, Linda Yvonne

Printed: 10/29/08

Case Number:  07 B 13778
Judge:  Squires, John H
Filed:  7/31/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

